# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:  AISHA CREWS                              Chapter 13
         Debtor.                              Case No.

## CHAPTER 13 PLAN

**NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1**

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor's employer shall pay to the trustee the sum of $165.00 for the 60 month plan.

If distribution to unsecured creditors is less than 100% under the confirmed Plan, should the debtors sell or refinance real estate during the term of the plan, the debtor agrees that the net equity realized, if any, shall be subject to distribution to creditors pursuant to a modification of the Plan under 11 U.S.C Section 1329.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

    (A) Debtor's Counsel Fees:         $3,200.00

    Debtor's Counsel fees to Vivian A Houghton, Esquire in the amount of $3,200.00 shall be paid first, and then distributions shall subsequently be made under the plan as follows:

    (B) Priority Taxes:

        All priority amounts owed to the IRS and State of Delaware will be paid through the Chapter 13 Plan.

    (C) Other Priority or Administrative Expenses

2. Pro-rata with dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (A)   Long term or mortgage debt – –

(B) Secured Vehicle debt (cram down) – Payments to Lease & Rental Management for the 2004 Chrysler Pacifica in the amount of $4,474.20 ($4,000.00 principal $474.20 interest @ 4.5%) will be paid by the Trustee. This amount represents principal and interest in full for the vehicle. Any remaining amounts associated with the loan will be considered unsecured.

Credit will release the lien to the vehicle free and clear of all liens once this amount is paid and Debtor's Chapter 13 Bankruptcy is discharged.

Debtor to maintain insurance on vehicle.

(C) Secured Vehicle debt (910 car claim) -

(D) Other secured debt: Payment to BLI for the 12 x 16Hywall Barn in the amount of $1,200.00 to be paid through the Chapter 13 Plan. This amount represents a cram down of the merchandise. Any remaining amount will be considered unsecured.

3. Surrender - Secured Collateral to: None

Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. § 362 is terminated as to the property and any interest in the property. Claims, if any submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.

4. Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

   General unsecured creditors will be paid a dividend of _____% of their allowed claim.

   1. _____ BIOC or
   2. _____ Disp. Income x 60 months as calculated under 11 U.S.C. § 1325(b), or [ ] a pro-rata dividend, if any.

5. If applicable) The following leases or executory contracts of the debtor will be treated as follows:

6. Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee. Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized

to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

7. Other special provisions of the Plan: _____

8. A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Filing a Claim. Click on "Submit a Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go to the United States Bankruptcy Court, District of Delaware website (http://web.deb.uscourts.gov) and click on the Forms tab. Select All Forms from the drop down menu, then select B10-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

/S/ AISHA CREWS                                  Dated: April 1, 2013
Debtor's Signature


/S/ VIVIAN A HOUGHTON ESQUIRE                    Dated: April 1, 2013
Attorney for Debtor(s)